Michael J. Macco
Chapter 13 Trustee
2950 Express Drive South, Suite 109
Islandia, NY   11749

*This Order relates to a hearing*
*on February 7, 2019*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                  **tmm1634**

CHAPTER 13

MICHAEL TROTTA
*AKA MICHAEL J. TROTTA*

CASE NO. 18-40695-608

            Debtor(s).        **ORDER**
-------------------------------------------------------X

Upon the application and motion of the Trustee to determine whether the petition for relief under the

provisions of Chapter 13 of Title 11 of the United States Code should be dismissed, and same having come on to be

heard before the Honorable Carla E. Craig on the 7th day of FEBRUARY, 2019, and Michael J. Macco, Chapter 13

Trustee having appeared in support of the motion, and it appearing to the satisfaction of the Court that the best

interests of creditors and the estate require this case be dismissed, and that sufficient cause has been shown, it is

**ORDERED**, that pursuant to the provisions of 11 U.S.C. §§ 521 & 1307(c), the above referenced Chapter 13

case is hereby dismissed.



**Dated: Brooklyn, New York**
     **February 19, 2019**

_____
     **Carla E. Craig**
**United States Bankruptcy Judge**